USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05 OCT 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

HARPA SHIPPING & CHARTERING GMBH & CO KG "MIDDLE EAST BULK,"

    Petitioner,

v.

EMIRATES TRADING AGENCY (L.L.C.),

    Respondent.

------------------------------------X

Case No. 10 CV 5792(PAC)

NOTICE OF MOTION FOR ENTRY OF JUDGMENT RECOGNIZING FOREIGN ARBITRAL AWARD

*[Handwritten memo endorsement:] No opposition has been submitted to this Notice. Accordingly the Motion for Entry of Judgment Recognizing Foreign Arbitral Award is Granted. Clerk of Court is directed to enter judgment accordingly and to close this case. So ordered.* [signature] 10/5/2010

PLEASE TAKE NOTICE that upon the Amended Petition to Recognize, Confirm and Enforce Foreign Arbitral Award, the Supplemental Declaration of Christopher Carlsen dated August 19, 2010, and the Exhibits attached thereto, and the Supplemental Memorandum of Law dated August 19, 2010, and upon all prior pleadings and proceedings heretofore had herein, Petitioner Harpa Shipping & Chartering GmbH & Co KG "Middle East Bulk" will move this Court, before the Honorable Paul A. Crotty, at a time and date to be established by the Court, for the entry of judgment against Respondent Emirates Trading Agency recognizing a Final London Arbitration Award entered on July 7, 2010, and a Second Final Award entered on August 11, 2010, in favor of Petitioner and against Respondent, together with such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       August 19, 2010

MEMO ENDORSED



RECEIVED
AUG 20 2010
CHAMBERS OF
HONORABLE PAUL A. CROTTY
U.S.D.J.

Respectfully submitted,

CLYDE & CO US LLP

By_____
Christopher Carlsen

405 Lexington Avenue
New York, New York 10174
(212) 710-3930

Attorneys for Petitioner



# CLYDE&CO
## US LLP

The Chrysler Building
405 Lexington Avenue
New York, New York 10174
Telephone: 212 710 3900
Facsimile: 212 710 3950
www.clydeco.us
Christopher.Carlsen@clydeco.us

September 20, 2010

Via Facsimile: (212) 805-6304

Honorable Paul A. Crotty
United States District Court
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Harpa Shipping & Chartering GmbH & Co KG "Middle East Bulk" v.
      Emirates Trading Agency (L.L.C.)
      Index No.: 10 CV 5792 (PAC)
      Clyde & Co. Ref: 0903956/001

Dear Judge Crotty:

We represent the Petitioner Harpa Shipping & Chartering GmbH & Co KG "Middle East Bulk" in this proceeding to recognize, confirm and enforce London arbitration awards entered in favor of Petitioner and against Respondent Emirates Trading Agency (L.L.C.)("ETA"). On August 30, 2010, we served and filed Petitioner's Notice of Motion for Entry of Judgment Recognizing Foreign Arbitral Awards and supporting documents.

Respondent ETA's time to file and serve its response to this motion expired on Friday, September 17, 2010, and ETA did not file any opposition papers or in any other way respond to the motion. Accordingly, we respectfully request that the Court grant Petitioner's motion and enter Judgment on the awards in favor of Petitioner.

Respectfully,

Christopher Carlsen

CC/mv

cc:   Michael E. Unger, Esq. (Via Fax: (212) 425-1901)
      Freehill Hogan & Mahar, LLP
      80 Pine Street
      New York, NY 10005
      Agent for Service of Process for Emirates Trading Agency (L.L.C.)

Clyde & Co US LLP is a Delaware limited liability partnership with offices in New York and San Francisco.
Clyde & Co US LLP is affiliated with Clyde & Co LLP, a limited liability partnership registered in England and Wales that practices from branch and affiliate offices in: Abu Dhabi, Belgrade*, Caracas, Doha, Dubai, Guildford, Hong Kong, London, Moscow, Nantes, Paris, Piraeus, Rio de Janeiro, Shanghai, Singapore and St. Petersburg*